# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MATEO HERNANDEZ-DELUNA.

        Defendant.

JUDGMENT

Case Number: 3:98-cr-00108-HDM
(Related Case 3:17-cv-00200-HDM)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's 28 U.S.C. § 2255 motion is denied.

Date: February 20, 2019

    DEBRA K. KEMPI
Clerk

  /s/ D.R. Morgan
Deputy Clerk