UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>MATEO HERNANDEZ DE LUNA,<br><br>      Defendant. | Case No. 3:98-cr-00108-HDM<br><br>ORDER |

  The defendant has filed a "Petition to be Released and Deported." (ECF No. 48). The defendant identifies no legal or statutory basis for his request, and while he seeks an early release from custody, his motion contains no argument that would support a request for reduction in sentence pursuant 18 U.S.C. § 3582(c)(1)(A). Accordingly, the petition to be released and deported is DENIED WITHOUT PREJUDICE to renew as a motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A).

  IT IS SO ORDERED.

  DATED: This 16th day of September, 2020.

              _Howard D. McKibben_
              UNITED STATES DISTRICT JUDGE

1